RECEIVED
DEC - 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONEPRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br>All Cases | MDL No. 6:11-md-2299<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## ORDER

Gary J. Russo, Special Master, submitted a Request for Distribution of Funds to this Court on November 9, 2012. Magistrate Judge Hanna has reviewed the Request and made a recommendation that the Request be PAID (Doc. No. 2089). Considering the Request, Magistrate Judge Hanna's recommendation and that no objections that have been lodged,

IT IS HEREBY ORDERED that the Request for Distribution of Funds shall be:

____√____ GRANTED and the accounting firm of Arsement, Redd, and Morella, LLC shall pay the full requested sum of **$56,652.18**.

_____ GRANTED IN PART AND DENIED IN PART for the reasons set forth in the Memorandum Ruling issued this date.

_____ DENIED for the reasons set forth in the Memorandum Ruling issued this date.

THE CLERK'S OFFICE SHALL FORWARD THIS ORDER TO THE ACCOUNTING FIRM OF ARSEMENT, REDD, AND MORELLA, LLC TO DISBURSE THE APPROVED AMOUNT CONTAINED HEREIN.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __7__ day of December, 2012.

HONORABLE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

{L0214737.1}

SENT
DATE 12-7-12
BY ob
TO CPA Robert Morella
via fax
w/ RecDoc 2089
& Invoice (62423)