RECEIVED

SEP - 3 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ACTOS (PIOGLITAZONE-PRODUCTS LIABILITY LITIGATION) | MDL No. 6:11-md-2299 |
| | JUDGE DOHERTY |
| This Document Applies To: | |
| | MAGISTRATE JUDGE HANNA |
| *Allen, et ux v. Takeda Pharmaceuticals International, Inc., et al* | |
| *Civil Action No. 12-0064* | |

## ORDER

This Court having reviewed the Special Masters' Report and Recommendation: Discovery Concerning Sales Personnel (Doc. 3214) filed into the record on August 26, 2013, and no objections having been filed,

IT IS HEREBY ORDERED that the Report and Recommendation shall be and is:

_____ ✓ Adopted in its entirety

_____ Adopted, with modifications, for the reasons found in the Memorandum Ruling filed of even date herewith.

_____ Rejected, for the reasons found in the Memorandum Ruling filed of even date herewith.

AS REQUIRED BY 28 U.S.C. § 636(b)(1), ANY PARTY AGGRIEVED BY THE INSTANT DECISION MAY APPEAL TO JUDGE DOHERTY.  PURSUANT TO JUDGE DOHERTY'S ORDER DATED AUGUST 26, 2013 (REC. DOC. 3215), SUCH APPEAL SHALL BE FILED NO LATER THAN [**5 DAYS FROM DATE OF THE ORDER**].

1

THUS DONE AND SIGNED in Lafayette, Louisiana, this _3d_ day of September, 2013.

_____

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE